IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00846-BNB

LAMETRIUS D. LAWSON,

    Plaintiff,

v.

BLAKE R. DAVIS, Warden,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
COLORADO

MAY 28 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Lametrius D. Lawson initiated this action by filing *pro se* a document titled "Writ of Habeas Corpus." In an order filed on April 13, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Lawson to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Lawson to file an application for a writ of habeas corpus on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Lawson was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Lawson has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's April 13 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the "Writ of Habeas Corpus" is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 27 day of May, 2009.

BY THE COURT:

*Zita L. Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00846-BNB

Lametrius D. Lawson
Reg No. 12716-007
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/28/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk